THIRD DEPARTMENT, MAY TERM, 1883.

LUCY A. SPENCER, *Respondent, v.* HULDAH E. SPENCER, *Appellant.*— Judgment and order affirmed, with costs against appellant. Opinion by BOOKES, J.

THE NATIONAL BANK OF KINDERHOOK, *Respondent, v.* JOHN WILCOXSON and others, *Appellants.*— Judgment affirmed, with costs against appellants. Opinion by LEARNED, P. J.

MICHAEL DENHAM and another, *Respondents, v.* JOHN MCGUIRE, *Appellant.*— Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ROBERT A. STANTON, *Receiver, etc., Appellant, v.* OSMER M. WESTOVER and others, *Respondents.*— Judgment affirmed, with costs. Opinion by BOOKES, J.; LEARNED, P. J., dissents.

WILLIAM GLEASON, *Respondent, v.* CALVIN H. BALL, *Appellant.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

RUFUS CHAMBERLAIN, *Respondent, v.* THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.*—Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

MARY R. E. GOODSPEED, *Appellant, v.* DAMON H. MEAD and others, *Respondents.* — Judgment and order affirmed, with costs. Opinion by BOOKES, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* ANDERSON GIBBS — Judgment and conviction affirmed. Mem. by BOARDMAN, J., and by LEONARD, P. J., dissenting.

ELIAS SMITH, *as Superintendent, etc., Respondent, v.* HIRAM W. BRUNDAGE and others, *Appellants.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ELIZABETH A. SHULTS, *Respondent, v.* GERMAN FINGAR, *Appellant.*— Judgment affirmed, with costs. Opinion by BOOKES, J., and by LEARNED, P. J., dissenting.

JOHN KELLY, *Appellant, v.* UTICA, ITHACA AND ELMIRA RAILROAD COMPANY, *Respondent.*— Motion for new trial granted, costs to abide event. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE CITY BANK OF ROCHESTER. — MATTER OF PETITION OF SARTWELL and others, *Appellants.* — Order reversed, prayer of petitioner granted, with costs as on appeal from judgment. Opinion by BOOKES, J.

ELI OWENS, *Respondent, v.* A. J. WALLING, *Appellant* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

PATRICK O'ROURKE *v.* AUSTIN TERRY. — Order reversed, with ten dollars costs and printing disbursements, and matter sent to County Court for its action. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

RIPLEY LYNCH, *Appellant, v.* THE CITY OF BINGHAMTON and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOOKES, J.